Chapter 13 Standing Trustee
P.O. Drawer 020588
Tuscaloosa, Alabama 35402

RETURN SERVICE REQUESTED

Changed
04-06-10
AEH

0971031




Mailed From 3!
04/01/2010
031A 000518

APR - 6 2010

CARPENTER, JR, JAMES A
CARPENTER, ELIZABETH ROBIN
10481 PINE MEADOW DRIVE
TUSCALOOSA, AL 35405

352 DSE 1 310I 86 04/0:
RETURN TO SENDER
CARPENTER
8201 OLD MARION RD LOT 13
TUSCALOOSA AL 35405-7908
RETURN TO SENDER

Chapter 13 Standing Trustee
P.O. Drawer 020588
Tuscaloosa, Alabama 35402

RETURN SERVICE REQUESTED

CARPENTER, JR, JAMES A
CARPENTER, ELIZABETH ROBIN
8201 OLD MARION ROAD
LOT 13
TUSCALOOSA, AL 35405