# BURNS & WILSON
## LLC

Claude M. Burns  
Eric M. Wilson  

ATTORNEYS AT LAW

Phone: (205)349-2737  
Fax: (205)345-7020

2421 13th Street  
Tuscaloosa, AL 35401

July 15, 2010

Clerk, U.S. Bankruptcy Court  
PO Box 3226  
Tuscaloosa, AL 35403

RE: **JAMES A. CARPENTER, JR.**  
**ELIZABETH ROBIN CARPENTER**

BK: 09-71031-CMS-13

This is to certify that I have been unable to locate an address for the following:  
**(XX) CREDITOR**      ( ) DEBTOR (s)

**RECOVERY ASSOCIATES GROUP, LLC**

Previous Address:     **1514 Skyland Blvd. E., #197**  
                                **Tuscaloosa, AL 35405-4232**

My client and I know that this debt may not be discharged in this proceeding. All efforts have been made to obtain an address.

Yours very truly,

*Eric M. Wilson*

Claude M. Burns, Jr.  
Eric M. Wilson

EMW/th