# BURNS & WILSON LLC
## ATTORNEYS AT LAW

Claude M. Burns  
Eric M. Wilson

Phone: (205) 349-2737  
Fax: (205) 345-7020

2421 13th Street  
Tuscaloosa, AL 35401

July 15, 2010

Clerk, U.S. Bankruptcy Court  
PO Box 3226  
Tuscaloosa, AL 35403

RE: **James A. Carpenter, Jr.**  
**Elizabeth R. Carpenter**

BK: **09-71031-CMS-13**

The following information is being furnished upon your request:

**Creditor- NEW ADDRESS:**     Fitness South  
6551 Hwy. 69 S.  
Tuscaloosa, AL 35405

*Creditors Old Address:*     *Fitness South*  
*1514 Skyland Blvd. E. #197*  
*Tuscaloosa, AL 35405-4232*

Yours very truly,

*Eric M. Wilson*

Claude M. Burns, Jr.  
Eric M. Wilson

EMW/th