# BURNS & WILSON
## LLC

Claude M. Burns
Eric M. Wilson

### ATTORNEYS AT LAW

Phone: (205) 349-2737
Fax: (205) 345-7020

2421 13th Street
Tuscaloosa, AL 35401

July 15, 2010

Clerk, U.S. Bankruptcy Court
PO Box 3226
Tuscaloosa, AL 35403

RE:    **James A. Carpenter, Jr.**
       **Elizabeth R. Carpenter**

BK:    **09-71031-CMS-13**

The following information is being furnished upon your request:

**Creditor- NEW ADDRESS:**                **Allstate Insurance Co.**
                                          **c/o Credit Collection Service**
                                          **2 Wells Ave.**
                                          **Newton, MA 02459-3208**

*Creditors Old Address:*                   *Allstate Insurance Co.*
                                          *c/o Credit Collection Service*
                                          *P.O. Box 9126*
                                          *Boston, MA 02114-0041*

Yours very truly,

*Eric M. Wilson*

Claude M. Burns, Jr.
Eric M. Wilson

EMW/th